# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>UPS packages bearing tracking numbers<br>#1ZX153330348529527 and #1ZX153330346051519 | Case No. **19MJ4864** |

NOV 01 2019

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attached Affidavit

located in the _____Southern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attached Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(5)(B)<br>18 U.S.C. 554 | Nonimmigrant in Possession of Firearms or Ammunition<br>Smuggling Goods from the United States |

The application is based on these facts:

See Attached Affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Michael King, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/01/2019

*Judge's signature*

City and state: San Diego, California

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION

I, Michael King, being duly sworn, declare and state:

### Training and Experience

1. I have been employed as a Special Agent at HSI since August 2010. Prior to being employed by HSI, I was an Immigration Enforcement Agent with Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO) from October 2007 to August 2010.

2. I am a graduate of the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, where I completed approximately 20 weeks of intensive training in criminal investigations.

3. Since my graduation from FLETC, I have conducted and participated in several investigations related to the trafficking of weapons and ammunition. My experience includes, among other things, debriefing individuals who were apprehended for the prohibited possession of weapons or ammunition, executing search warrants, arresting and interviewing subjects, and conducting and utilizing physical and electronic surveillance.

4. I have also consulted with other HSI and Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agents who have experience in investigating smuggling of weapons and ammunition. Through my training, experience, and consultations with other law enforcement personnel, I am familiar with the operations of illegal international drug trafficking organizations in Mexico and their exportation and use of weapons and ammunition manufactured in the United States.

5. Your affiant is familiar with 18 USC § 554, which states that whoever fraudulently or knowingly exports or sends from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of

such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, shall be fined under this title, imprisoned not more than ten years, or both.

6. Based upon your affiant's experience in conducting criminal investigations of violations of federal firearms and ammunition laws and customs laws, your affiant knows that firearms and ammunition trafficking organizations have developed a number of methods to insulate their illegal activities from law enforcement detection. These methods are common to major firearms and ammunition trafficking organizations to varying degrees of sophistication.

7. Your affiant knows that firearm and ammunition trafficking organizations from Mexico utilize "straw purchasers" from the United States to illegally purchase firearms and ammunition. A straw purchaser is someone who knowingly acquires firearms or ammunition for someone who is prohibited from acquiring firearms or ammunition themselves. Firearm and ammunition trafficking organizations typically employ and finance numerous straw purchasers to purchase firearms and ammunition from different Federal Firearms Licensees (FFLs) – which are commonly referred to as "gun stores" or "gun shops," retail stores, online retail websites, as well as through internet-based sales. This activity has expanded to include the procurement of weapons accessories that are prohibited from illegal export under the International Traffic in Arms Regulations (ITAR). Violation so ITAR fall under title 22 violations within the U.S. Code. Examples of these non-firearm ITAR items include but are not limited to; grenade launcher barrels, high capacity weapons magazines, machine gun ammunition links, machine gun "kits", rifle barrels, and certain optics. A vast amount of firearms trafficking organizations from Mexico purchase similar firearms, ammunition, and accessories for specific firearms, which are referred to by ATF as "weapons of choice." These firearms include semi-automatic and automatic military type rifles such as AK-47-type rifles and pistols, AR-15-type rifles and

2

pistols, Beretta 9mm Luger pistols, Colt .38 Super pistols, .50 caliber machine guns, M249 Machine Guns, M203 40mm Grenade Launchers, and FN Five-seven 5.7x28mm pistols.

8. This affidavit is based on an investigation, oral and written reports by other law enforcement officers, physical surveillance, interviews, public records, database checks, searches, and other investigative techniques. As set forth herein, I have not included every fact I know about this investigation. I have set forth only the facts necessary to establish probable cause for the requested order.

## Purpose of Affidavit

9. This affidavit is made in support of an application for a warrant authorizing the search of packages shipped from Midsouth Shooters Supply to Carlos HERNANDEZ (Customer #1231898) with **invoice #20246719** and United Parcel Service (UPS) tracking numbers **#1ZX153330348529527** and **#1ZX153330346051519** (the "Target Packages"), as ordered by "Carlos HERNANDEZ".

10. Based on the facts set forth below, there is probable cause to believe that the Target Packages are being used to facilitate violations of 22 USC 2778 (Control of Arms Exports and Imports) and 18 USC 554 (Smuggling Goods from the United States). Specifically, there is probable cause to believe that the Target Packages are being used to transport ammunition components that are intended to be smuggled into Mexico from the United States.

11. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses, including my review of reports prepared by other law enforcement officers and agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of the investigation into this

3

matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## Probable Cause

12.  The following is based on my own investigation and consultation with other law enforcement agents and officers experienced in investigating weapons and ammunition smuggling. Since this affidavit is for a limited purpose, I have not included every fact I know about this investigation. I set forth only facts necessary to establish foundation for the requested warrant. Dates and times are approximate.

13.  In October of 2019, Homeland Security Investigations ("HSI") Special Agent in Charge ("SAC") San Diego began investigating an arms trafficking organization ("ATO") operating out of Sinaloa, Mexico. This organization coordinates the smuggling ammunition components from the United States into Mexico through Arizona and Southern California Ports of Entry.

14.  HSI San Diego received information stating that on October 29, 2019, a Mexican citizen would be picking up six boxes of ammunition components from postal box #A1129 at the Postal Plus Depot, located at 2475 Paseo De Las Americas, San Diego, California 92154. SA's determined Carlos HERNANDEZ and Fernando LOPEZ-Munoz were listed as the registered parties for box A1129.

15.  On October 29, 2019 at 0911, HSI San Diego and ATF San Diego established surveillance of the Postal Plus Depot.

16.  At 1640 agents saw a gold Toyota 4runner, bearing Baja California, Mexico license plates, arrive at the Postal Plus Depot, driven by Fernando LOPEZ-Munoz, a Mexican citizen. Agents observed LOPEZ-Munoz load four heavy boxes into the rear compartment of the Toyota 4runner. Agents approached LOPEZ-Munoz and placed him under arrest for a violation of 18 U.S.C. §

4

922(g)(5)(B), Nonimmigrant in Possession of Firearms or Ammunition. An additional two boxes were located on a dolly inside of Postal Plus Depot. The packages were all addressed to Carlos HERNANDEZ.

17. Agents seized six cardboard boxes from LOPEZ-Munoz, which contained the following items:

**Firearm Ammunition Bullets: 7,850 pieces total**
- 950 .243 Caliber Bullets
- 1,000 .257 Caliber Bullets
- 1,500 .264 Caliber Bullets
- 2,900 .277 Caliber Bullets
- 600 .284 Caliber Bullets
- 900 .308 Caliber Bullets

**Firearm Ammunition Primers: 29,000 pieces total**
- 3,000 CCI #250 Large Rifle Magnum Primers
- 15,000 CCI #400 Large Rifle Primers
- 6,000 CCI #400 Small Rifle Primers
- 5,000 CCI #500 Small Pistol Primers

**Empty Brass Ammunition Casings: 250 pieces total**
- 250 pieces of .270 Caliber Winchester Casings

**Gunpowder: 117 pounds total**
- 30 pounds of IMR 3031 Gunpowder
- 23 pounds of IMR 4064 Gunpowder
- 52 pounds of IMR 4350 Gunpowder
- 5 pounds of IMR 7828 Gunpowder
- 5 pounds of Alliant Reloder 22
- 2 pounds of Hodgdon H4831SC Gunpowder

18. In a post-miranda interview, LOPEZ-Munoz stated he picked up the boxes from Postal Plus Depot on behalf of Carlos HERNANDEZ. LOPEZ-Munoz said he intended to export the ammunition components from the United States to Mexico. LOPEZ-Munoz said he previously illegally exported ammunition components on behalf of HERNANDEZ approximately 15-20 times and was paid $50 by HERNANDEZ for each box he illegally exported to Mexico.

5

19. Checks of immigration databases show that LOPEZ-Munoz is a Mexican citizen who possesses a non-immigrant visa (NIV). LOPEZ-Munoz last used his NIV on October 29, 2019 when he was admitted into the United States from Mexico in San Ysidro, CA. LOPEZ-Munoz claimed knowledge of his status as a nonimmigrant alien.

20. Checks of immigration databases show that HERNANDEZ is a Mexican citizen who possesses a non-immigrant visa (NIV). LOPEZ-Munoz last used his NIV on April 10, 2018 when he was admitted into the United States from Mexico in Nogales, AZ.

21. On October 31, 2019 HSI SA's received an itemized invoice for order #20246719 from Midsouth Shooters Supply. The order was placed by Carlos HERNANDEZ and shipped to Carlos HERNANDEZ, 2475 Paseo De Las Americas A1129, San Diego, CA 92154. The following items were listed on the invoice:

**Gunpowder: 40 pounds total**
- 40 pounds of IMR 4350 Gunpowder

**Empty Brass Ammunition Casings: 1,500 pieces total**
- 600 pieces of 6.5 Creedmoor Unprimed Rifle Brass
- 300 7mm Remington Mag Unprimed Rifle Brass
- 300 Winchester Mag Unprimed Rifle Brass
- 300 Weatherby Unprimed Rifle Brass

23. On October 31, 2019 HSI SA's received notification that two UPS packages bearing tracking numbers #1ZX153330348529527 and #1ZX153330346051519 (the "target packages") arrived at Postal Plus Depot, 2475 Paseo De Las Americas, San Diego, CA 92154. The target packages had affixed labels, which indicated they contained order #20246719 for customer #1231898. The packages were addressed to Carlos HERNANDEZ.

24. On October 31, 2019 HSI SA's seized the target packages and secured them at the HSI DSAC San Ysidro office.

## Conclusion

25. Based on the order invoice received from Midsouth Shooters Supply, I believe there is probable cause to believe the target packages contain ammunition components and gunpowder.

26. Based on a previous shipment addressed to Carlos HERNANEZ and seized on October 29, 2019 from LOPEZ-Munoz, along with post-miranda statements made by LOPEZ-Munoz, I believe there is probable cause to believe the intended destination of the target packages delivered on October 31, 2019, is Mexico.

27. Based on post-miranda statements made by LOPEZ-Munoz, I believe there is probable cause to believe the target packages were intended to be picked up by a nonimmigrant and/or ultimately destined to be received by a prohibited person, as described under Title 18 U.S.C. § 922.

28. Based on my training and experience, and the facts identified in this affidavit, I believe there is probable cause to believe that evidence, fruits and instrumentalities of violations of Title 18 U.S.C. § 922; Nonimmigrant in Possession of Weapons and/or Title 18 U.S.C. § 554; Smuggling Goods from the United States; will be found in a search of the seized packages.

I swear the foregoing is true and correct to the best of my knowledge and belief.

Michael King
Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN to before me on November 1, 2019.

HONORABLE BARBARA L. MAJOR
United States Magistrate Judge